FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 08 2025

KEVIN P. WEIMER , Clerk

By: Kari Butler

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JANE DOE | : | PRISONER CIVIL RIGHTS |
| (EMMANUEL EVARISTE), | : | 42 U.S.C. § 1983 |
|     Plaintiff pro se, | : | |
| | : | |
| v. | : | |
| | : | |
| CORE CIVIC, et al., | : | CIVIL ACTION NO. |
|     Defendants. | : | 4:25-CV-218-WMR-JHR |

## ORDER

Plaintiff pro se, Jane Doe, also known as Emmanuel Evariste, is confined in the Stewart Detention Center in Lumpkin, Georgia.  Plaintiff submitted a Second Amended Complaint for civil rights violations pursuant to 42 U.S.C. § 1983. (Second Am. Compl. [16].)  Plaintiff's claims concern events that occurred at the Stewart Detention Center.  (Id. at 1-2.)

A civil action must be filed where (1) the defendants reside, or (2) "a substantial part of the events or omissions giving rise to the claim[s] occurred . . . ." 28 U.S.C. § 1391(b).  A court "shall dismiss, or if it be in the interest of justice, transfer" an action filed in the wrong division or district to the proper one.  Id. § 1406(a).

The present case concerns events that occurred at the Stewart Detention Center, which is located within the jurisdiction of the United States District Court for the Middle District of Georgia, Columbus Division.  28 U.S.C. § 90(b)(3). Because plaintiff is proceeding pro se, the Court finds that it is in the interest of justice to transfer, rather than dismiss, this action.

Accordingly, the Court **TRANSFERS** this action to the Middle District of Georgia, Columbus Division, for further proceedings.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**SO ORDERED**, this 8th day of September, 2025.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE

2