**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

EMMANUEL EVARISTE,        :

                       :

        Plaintiff,         :

                       :

v.                         :        Case No. 4:25-cv-280-CDL-AGH

                       :

                       :

CORE CIVIC; STEWART     :

DETENTION CENTER,       :

                       :

        Defendants.      :

_____

## ORDER TO SHOW CAUSE

On October 23, 2025, the Court ordered Plaintiff Emmanuel Evariste, an immigration detainee at the Stewart Detention Center in Lumpkin, Georgia, to submit his complaint on the required non-prisoner complaint form for violation of civil rights and to file the necessary non-prisoner application to proceed without prepaying fees or costs.  Plaintiff was given fourteen (14) days to respond, and he has not done so.

Plaintiff is, therefore, **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN FOURTEEN (14) DAYS** from the date of this Order, why this case should not be dismissed for failure to fully comply with the Court's October 23, 2025 Order.  If Plaintiff wishes to proceed with this action, he must forward to the Court the non-prisoner form for violation of civil rights and the non-prisoner application to proceed without prepaying fees or costs.  Should Plaintiff fail to respond, this action will be dismissed.  Should Plaintiff fail to keep the Court informed of any changes to his

address, this action may be dismissed.

      **SO ORDERED**, this 1st day of December, 2025.

                             s/ *Amelia G. Helmick*
                           UNITED STATES MAGISTRATE JUDGE