**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **EMMANUEL EVARISTE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **VS.** | : | |
| | : | **NO. 4:25-cv-00280-CDL-AGH** |
| | : | |
| **CORE CIVIC;** | : | |
| **STEWART DETENTION CENTER,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | **ORDER** |
| _____ | : | |

Pro se Plaintiff Emmanuel Evariste, a federal immigration detainee at the Stewart Detention Center in Lumpkin, Georgia, filed an "Emergency Habeas Corpus" in the United States District Court for the Northern District of Georgia. ECF No. 1. That court determined Plaintiff was not attacking the validity of his confinement or seeking speedier release. ECF No. 3 at 2. Instead, Plaintiff alleged his constitutional rights were violated during confinement. *Id*. That court, therefore, ordered Plaintiff to "[r]estyle his Emergency Petition as a complaint brought pursuant to § 1983 and fill out the appropriate form." *Id*. at 6. Following review of Plaintiff's four amended complaints (ECF No. 6; ECF No. 14; ECF No. 16; ECF No. 27), the United States District Court for the Northern District of Georgia transferred the action to this Court. ECF No. 20.

This Court ordered Plaintiff to file a recast complaint and submit the necessary non-prisoner application to proceed without paying fees or costs. ECF No. 29. In response, Plaintiff requests to "amend his complaint from a 42 U.S.C. [§] 1983 complaint to a habeas corpus [§]

2241 challenging his prolonged detention." ECF No. 31 at 1. Plaintiff states he no longer wishes to pursue in this Court his complaint regarding the conditions of his confinement. *Id*. Instead, he contests his prolonged detention and requests release. *Id*.; ECF No. 31-1 at 3. Plaintiff attached to his motion a 28 U.S.C. § 2241 petition and an application to proceed *in forma pauperis*. ECF No. 31-1; ECF No. 31-2.

Given that Plaintiff no longer wishes to pursue his 42 U.S.C. § 1983 action, this action is **DISMISSED** without prejudice.[1] *See* Fed. R. Civ. P. 41(a)(1)-(2). The Clerk of Court is **DIRECTED** to **CLOSE** the current civil action and **OPEN** a new civil action brought pursuant to 28 U.S.C. § 2241 and docket only the documents filed at ECF No. 31 and ECF No. 32 in the new § 2241 action.

So **ORDERED and DIRECTED**, this 7th day of January, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] It is **ORDERED** that all outstanding motions (ECF No. 7; ECF No. 11; ECF No. 31) are **DENIED** as moot.