IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EMMANUEL EVARISTE,                              *

                    Plaintiff,                 *

v.                                                          *      Case No. 4:25-cv-280-CDL-AGH

                                   *

CORE  CIVIC and STEWART DETENTION
CENTER,                                                 *

                    Defendants.            *

_____

## J U D G M E N T

      Pursuant to this Court's Order dated January 7, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

    This 7th day of January, 2026.

                          David W. Bunt, Clerk


                          s/ Elizabeth S. Long, Deputy Clerk